ROBERT ADAMS and A. W. CALDER, *Appellants,* vs. FIRST NATIONAL BANK OF ST. PETERSBURG, *Trustee;* J. S. MC-MULLEN, H. D. ULMER and C. V. SMITH, *Appellees.*

143 So. 345.

Division A.

Opinion filed August 2, 1932.

*Spear, Viney, Skelton & Pearce,* for Appellants;

*Baskin & Jordan,* for Appellees.

PER CURIAM.—The decree in this case should be affirmed on authority of the opinion and judgment in the case of The Polk County National Bank vs. Barrah, et al., and authorities there cited, 52 Fla. 581, 42 Sou. 323; and in Clermont-Minneola Country Club vs. Loblaw, et al., filed at this term of this Court, and it is so ordered.

Affirmed.

BUFORD, C.J., AND ELLIS AND BROWN, J.J., concur.